■ GERALD D. PAGE, Appellant, v. EDGAR F. SCHAFFER, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Erie Trial Term for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ ALICE M. LARZELERE et al., Appellants, v. EDGAR F. SCHAFFER et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All Concur. (Appeal from a judgment of Erie Trial Term for defendant Page on a directed verdict of no cause of action and in favor of defendant Schaffer for no cause of action, in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ FRANCES B. TRACY, Appellant, v. EVERETT R. MONTANA et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Oneida Trial Term, dismissing the complaint in a negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ ANDREW AUGUSTINE, Respondent, v. ALBERT PELUISO et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Ontario Trial Term for plaintiff in an action for damages for malicious prosecution. The order denied a motion for a new trial.) ·Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ WILLIAM F. BLAUVELT, Respondent, v. CHATEAU GAY, LTD., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Niagara Equity Term directing defendant specifically to perform under a contract to sell premises to plaintiff.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ EDNA STRINGER, Respondent, v. LEO FRANCHINI et al., Appellants, et al., Defendant. ROY W. SMITH, Respondent, v. LEO FRANCHINI et al., Appellants. LEO FRANCHINI, Appellant, v. ROY W. SMITH, Respondent.— Judgment affirmed, with costs. All concur. (Appeals from a judgment of Erie Trial Term for defendant Smith for no cause of action in actions Nos. 1 and 3; for plaintiff Stringer and against defendants Franchini; for plaintiff Smith and against both defendants, in three automobile negligence actions, consolidated by court order.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.